# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form32instructions.pdf](http://www.ca9.uscourts.gov/forms/form32instructions.pdf)

**9th Cir. Case Number(s)**

**Case Name**

Hearing Location (*city*)

Your Name

List the sitting dates for the two sitting months you were asked to review:

Do you have an irreconcilable conflict on any of the above dates?    Yes ○    No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes   ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**                                    **Date**

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 32**                                                                 *Rev 4/06/2026*