UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OCEANA, INC.,

Plaintiff - Appellant,

v.

NATIONAL MARINE FISHERIES SERVICE; et al.,

Defendants - Appellees,

AT-SEA PROCESSORS ASSOCIATION; et al.,

Intervenor-Defendants - Appellees.

No. 25-7689
D.C. No.
3:24-cv-00180-SLG
District of Alaska,
Anchorage

MANDATE

The judgment of this Court, entered August 25, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT